Court of Appeals for the
 First District of Texas at Houston

 ORDER REGARDING MOTION FOR REHEARING

Appellate case name: Christopher Rios v. The State of Texas

Appellate case number: 01-11-00082-CR

Trial court case number: 1547542

Trial court: County Criminal Court at Law No. 14 of Harris
 County, Texas

 We withdraw our March 29, 2012 order denying Appellant's motion for
rehearing. Appellant's motion for rehearing remains pending.

 It is so ORDERED.

Judge's signature: /s/ Harvey Brown
 Acting for the Court

 Panel consists of Chief Justice Radack and Justices Sharp
 and Brown.

Date: 4/30/12

-----------------------
[pic]